# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT KNOXVILLE

## APRIL, 1998 SESSION

| | | |
|---|---|---|
| EARL E. COLLIER, | ) | C.C.A. NO. 03C01-9709-CR-00388 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| | ) | KNOX COUNTY |
| VS. | ) | |
| | ) | RAY L. JENKINS JUDGE |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Appellee. | ) | (Post Conviction) |

**FILED**

October 13, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

FOR THE APPELLANT:

Albert J. Newman, Jr.
Suite 500 Burwell Bldg.
602 South Gay Street
Knoxville, Tennessee 37902

FOR THE APPELLEE:

John Knox Walkup
Attorney General and Reporter

Janis L. Turner
Counsel for the State
Criminal Justice Division
Cordell Hull Bldg. Second Floor
425 Fifth Avenue, North
Nashville, Tennessee 37243-0493

Randall E. Nichols
District Attorney General
City-County Building
Knoxville, TN 37902

ORDER FILED _____

AFFIRMED PURSUANT TO RULE 20

JERRY L. SMITH, JUDGE

# ORDER

The Appellant filed the instant appeal to preserve his rights to post-conviction relief in the event the Tennessee Supreme Court were to rule that the case of State v. Anthony, 817 S.W.2d 299 (Tenn. 1991), announced a new constitutional rule which requires retroactive application. In fact our Supreme Court has now held that Anthony did not announce a new constitutional rule. Moore v. State, 943 S.W.2d 878 (Tenn. 1997). The Appellant now acknowledges that his petition for post-conviction relief is time-barred and that the trial court was correct in dismissing it. The State agrees.

Accordingly, the judgment of the trial court is AFFIRMED pursuant to Rule 20, Rules of the Court of Criminal Appeals. It appearing that the Appellant is indigent costs of the appeal will be paid by the State.

PER CURIAM

SMITH, SUMMERS, HAYES